UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORTEZ DAUNDRE JONES,<br><br>Plaintiff,<br><br>v.<br><br>TUKWILA CITY HALL,<br><br>Defendant. | CASE NO. 2:23-cv-01211-JHC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

The Court VACATES the Report and Recommendation. Dkt. # 5. Plaintiff may file objections, if any, by August 28, 2023. The Clerk is DIRECTED to re-note the Report and Recommendation (Dkt. # 4) for September 1, 2023.

Dated this 18th day of August 2023.

Ravi Subramanian
Clerk

/s/Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 1