1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CORTEZ DAUNDRE JONES,

               Plaintiff,

   v.

TUKWILA CITY HALL,

               Defendant.

CASE NO. 2:23-cv-01211-JHC

ORDER TO TERMINATE MATTER

Before the Court is self-represented Plaintiff Cortez Daundre Jones's complaint against Defendant Tukwila City Hall (Dkt. # 1-1) and accompanying application to proceed *in forma pauperis* ("IFP"). Dkt. # 1. On August 14, 2023, Magistrate Judge Tsuchida recommended denial of Plaintiff's IFP application. Dkt. # 4. The Court adopted the Magistrate Judge's report and recommendation and ordered Plaintiff to pay the corresponding filing fee within thirty (30) days of its order.[1] *See* LCR 3(a); Dkt. # 11. Because thirty (30) days have passed since the court's order (Dkt. # 11), the Clerk is directed to close and terminate this matter.

---

[1] The Court had previously adopted the Magistrate Judge's report and recommendation and ordered Plaintiff to pay the corresponding filing fee within thirty (30) days of its order. Dkt. # 5. The Court clarified that if Plaintiff failed to do so, the matter would be dismissed. Dkt. # 5. On August 18, 2023, the Court vacated the order adopting the report and recommendation and directed the Clerk to re-note it for September 1, 2023. Dkt. # 7.

ORDER TO TERMINATE MATTER - 1

1    Dated this 6th day of November, 2023.

2

3    _____
     John H. Chun
4    United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24